**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| RICARDO LECON SCOTT, | : | |
| Inmate No. 1719055, | : | PRISONER HABEAS CORPUS |
| Petitioner, | : | 28 U.S.C. § 2241 |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:17-CV-4153-WSD-JSA |
| VICTOR HILL; et al., | : | |
| Respondent. | : | |

**MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION**

Petitioner submitted a barely legible § 2241 federal habeas corpus petition with several attached handwritten pages and other exhibits totaling approximately 72 pages. (Doc. 1). Petitioner's request to proceed *in forma pauperis* [Doc. 2] that he filed with the petition did not include an executed financial affidavit with an authorization allowing his custodian to withdraw funds from his inmate account or a completed certificate signed by an authorized institutional officer regarding the current balance in his inmate account.

On November 21, 2017, this Court entered an Order instructing Petitioner to amend the petition by using computer processed, typed, or legible hand***print*** on one side of the page and double-spaced between lines, and by adding no more than ten pages to the form. (Doc. 3). In that same Order the Court instructed Petitioner

to either pay the $5.00 filing fee or return a proper request to proceed *in forma pauperis*. (*Id.*). Petitioner was advised that a failure to comply with the Court's instructions within thirty (30) days could result in dismissal of this action. (*Id.*).

As of January 25, 2018, Petitioner has neither paid the $5.00 filing fee or submitted a request to proceed *in forma pauperis*. Nor has he submitted the required amendment.

**IT IS THEREFORE RECOMMENDED** that the instant action be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to obey a lawful Order of the Court. *See* L.R. 41.3A, N.D. Ga.

The Clerk is **DIRECTED** to terminate the referral to the undersigned Magistrate Judge.

**IT IS SO RECOMMENDED** this 25th day of January, 2018.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

2